**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 105 MAL 2018 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| JEFFERY CHARLES MAGUIRE, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 7th day of August, 2018, the Petition for Allowance of Appeal is **GRANTED.** The issues, as stated by petitioner are:

1.  Whether the Superior Court committed an error of law/abuse of discretion in reversing the trial court's suppression of the evidence obtained during the commercial vehicle stop based upon failure to abide by the *Tarbert/Blouse* guidelines?

2.  Whether the Superior Court committed an error of law/abuse of discretion in determining that the *Tarbert/Blouse* guidelines do not apply to commercial vehicle check-points?

3.  Whether the Superior Court committed an error of law/abuse of discretion in failing to affirm the decision of the trial court on alternate grounds?